[Cite as *04/25/2003 Case Announcements,* 2003-Ohio-2065.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 25, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0840.  State v. Taylor.**
Cuyahoga App. No. 79475, 2002-Ohio-1554. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to participate in oral argument scheduled for April 29, 2003,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**2002–0841.  State v. Wilson.**
Cuyahoga App. No. 79485, 2002-Ohio-1846. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to participate in oral argument scheduled for April 29, 2003,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.